NOT FOR PUBLICATION                                                                  **CLOSED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| CHARLES E. HUMPHREY, JR., | **Hon. Dennis M. Cavanaugh** |
| Plaintiff, | **ORDER** |
| v. | Case No. 06-2768 (DMC) |
| VIACOM, INC., CBS CORPORATION, CBS TELEVISION NETWORK, SPORTSLINE.COM, INC., THE WALT DISNEY COMPANY, ESPN, INC., THE HEARST CORPORATION, VULCAN, INC., VULCAN SPORTS MEDIA and THE SPORTING NEWS, | |
| Defendants. | |

This matter having come before the Court upon motions by Defendants ESPN, Vulcan Sports Media and Sportsline.com ("Defendants") to dismiss the Complaint of Charles E. Humphrey, Jr. ("Plaintiff" or "Humphrey") pursuant to Federal Rule of Civil Procedure.12(b)(6), and this Court having considered the submissions of the parties, and for the reasons set forth in this Court's Opinion issued this day:

IT IS on this    19    day of June, 2007,

**ORDERED** that Defendants' motions to dismiss Plaintiff's Complaint are hereby **granted.**

S/ Dennis M. Cavanaugh
Dennis M. Cavanaugh, U.S.D.J.

Original:     Clerk
Copies:       All Counsel of Record
              File